NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLES J. RUSSELL,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5070

---

Appeal from the United States Court of Federal Claims in No. 08-CV-0349, Senior Judge Loren A. Smith.

---

**JUDGMENT**

---

JOHN B. WELLS, Attorney at Law, of Slidell, Louisiana, argued for plaintiff-appellant.

TIMOTHY P. MCILMAIL, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were STUART F. DELERY, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and KIRK T. MANHARDT, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 March 11, 2014           /s/  Daniel  E.  O'Toole
        Date                  Daniel E. O'Toole
                             Clerk of Court